UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BILLY RAY STOVER and MAY BENNETT STOVER,<br><br>               Plaintiff,<br><br>vs.<br><br>FINDLAY RV CENTER, INC., etc., *et al*.,<br><br>               Defendant. | 2:09-cv-1859-GMN-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that on or before September 23, 2010, the parties remaining in this case shall file an updated joint proposed discovery plan and scheduling order.

IT IS FURTHER ORDERED that the proposed updated discovery plan and scheduling order shall also include the following:

1. Shall identify the discovery that has been completed; and,

2. Shall identify the discovery that remains outstanding.

DATED this  9th  day of September, 2010.

                                                                  ROBERT J. JOHNSTON<br>
                                                                   United States Magistrate Judge