KEVIN J. KIEFFER (Nevada Bar No. 7045)
kevin.kieffer@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, California 92614-2545
Telephone: (949) 622-2700
Facsimile:  (949) 622-2739

Craig R. Delk (Nevada Bar No. 2295)
CRD@thorndal.com
THORNDAL, ARMSTRONG, DELK
BALKENBUSH & EISINGER
1100 E. Bridger Avenue
Las Vegas, NV 89101
Telephone: (702) 366-0622
Facsimile:  (702) 366-0327

*Attorneys for Defendant*
*U.S. Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BILLIE RAY STOVER and MAY BENNETT STOVER,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>U.S. BANK, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:09-cv-01859<br><br>Hon. Gloria M. Navarro<br><br>**MOTION TO SUSPEND DEADLINES ESTABLISHED BY SCHEDULING ORDER** |

**U.S. BANK, N.A.'S MOTION TO SUSPEND DEADLINES**
**ESTABLISHED BY SCHEDULING ORDER**

Defendant, U.S. Bank, N.A. ("U.S. Bank"), by counsel, hereby moves to suspend the deadlines established by the Scheduling Order (Docket No. 39). The reasons for U.S. Bank's Motion are stated more fully in the accompanying memorandum in support.

WHEREFORE, U.S. Bank, N.A. respectfully requests that the Court enter an Order: (1) suspending the deadlines set forth in the Scheduling Order as to U.S. Bank until further Order of

the Court; (2) awarding U.S. Bank its costs, expenses and attorney's fees incurred herein; and (3) awarding U.S. Bank such further relief as the Court deems appropriate.

Dated: May 11, 2011

Kevin J. Kieffer
TROUTMAN SANDERS LLP

Craig R. Delk
THORNDAL, ARMSTRONG, DELK
BALKENBUSH & EISINGER

By: /s/ Kevin J. Kieffer
    Kevin J. Kieffer

*Attorneys for Defendant*
*U.S. Bank, N.A.*

```
IT IS SO ORDERED.
_____
UNITED STATES MAGISTRATE JUDGE
DATE: AUG. 11, 2011
```