UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BILLY RAY STOVER and MAY BENNETT STOVER, | )<br>)<br>) |
| Plaintiff, | )  2:09-cv-1859-GMN–RJJ |
| vs. | )<br>) |
| FINDLAY RV CENTER, INC., etc., *et al* | )  O R D E R<br>) |
| Defendant, | )<br>) |

This matter was submitted to the undersigned Magistrate Judge on Defendant Winnebago Industries, Inc.'s Motion to Strike Plaintiffs' Expert Witness Dennis Bailey (#54).

The Court having reviewed Defendant's Motion (#54) and the file herein, finds that Plaintiffs have filed no response to the motion. Consequently, pursuant to Local Rule 7-2(d), Plaintiffs consent to the granting of said motion. Therefore,

IT IS HEREBY ORDERED that Defendant Winnebago Industries, Inc.'s Motion to Strike Plaintiffs' Expert Witness Dennis Bailey (#54) is **GRANTED**.

DATED this __11th__ day of August, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge