UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BILLY RAY STOVER and MAY BENNETT STOVER, | ) ) ) |
| Plaintiff, | ) )   2:09-cv-1859-GMN–RJJ |
| vs. | ) ) |
| FINDLAY RV CENTER, INC., etc., *et al.*, | )   O R D E R ) |
| Defendant, | ) ) |

This matter was submitted to the undersigned Magistrate Judge on Defendant Winnebago Industries, Inc.'s Motion to Compel (#57).

The Court having reviewed Defendant's Motion (#57) and the file herein, finds that Plaintiffs have filed no response to the motion. Consequently, pursuant to Local Rule 7-2(d), Plaintiffs consent to the granting of said motion. Therefore,

IT IS HEREBY ORDERED that Defendant Winnebago Industries, Inc.,'s Motion to Compel (#57) is **GRANTED.**

IT IS FURTHER ORDERED that Plaintiffs shall provide answers to written discovery requests on or before August 25, 2011.

IT IS FURTHER ORDERED that on or before August 17, 2011, Defendant Winnebago Industries, Inc. shall file an affidavit setting forth the reasonable costs, including attorneys fees, incurred in bringing this motion.

IT IS FURTHER ORDERED that a response to the affidavit of costs shall be filed on or before August 25, 2011.

1       IT IS FURTHER ORDERED that a hearing by telephone conference call is scheduled for September 1, 2011, at 9:00 AM PST regarding the reasonable costs and attorneys fees incurred in bringing this motion. The parties are directed to call into the court's meet-me-line at (702)868-4906, conference code 123456.

      IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Plaintiffs by certified mail, return receipt requested.

      DATED this __12th__ day of August, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge