1  **MICHAEL M. EDWARDS**
   Nevada Bar No. 006281
2  **SHERI M. THOME**
   Nevada Bar No. 008657
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
4  Las Vegas, Nevada 89101
   (702) 727-1400; FAX (702) 727-1401
5  Michael.Edwards@wilsonelser.com
   Sheri.Thome@wilsonelser.com
6  Attorneys for Defendant
   WINNEBAGO INDUSTRIES, INC.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| BILLY RAY STOVER and MAY BENNETT STOVER, | CASE NO: 2:09-cv-01859-GMN-RJJ |
|---|---|
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF DEFENDANT WINNEBAGO INDUSTRIES, INC.'S MOTION TO COMPEL DISCOVERY RESPONSES AND FOR SANCTIONS (DOC. NO. 57 and 60)** |
| v. | |
| FINDLAY RV CENTER, INC., a Nevada corporation; WINNEBAGO INDUSTRIES, INC., a foreign corporation; U.S. BANK; and DOES 1-10, inclusive, | |
| Defendants. | |

Defendant, WINNEBAGO INDUSTRIES, INC., ("Winnebago") by and through its counsel of record, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby withdraws Winnebago's Motion to Compel Discovery Responses and for Sanctions, Documents 57 and 60 ("Motion"), filed March 4, 2011.

. . .
. . .
. . .
. . .
. . .
. . .
. . .

1    This withdrawal follows the hearing on September 1, 2011, in which the Court ordered that
2 Defendant file its proof of service of the Motion by September 23, 2011 if it wishes to proceed with
3 the Motion. The Defendant has determined that it no longer wishes to pursue this matter, thus files
4 the instant withdrawal.

6    DATED this 7th day of September, 2011.

                    WILSON, ELSER, MOSKOWITZ,
                    EDELMAN & DICKER LLP


                    BY: */s/ Sheri M. Thome*
                    Michael M. Edwards, Esq.
                    Nevada Bar No. 006281
                    Sheri M. Thome, Esq.
                    Nevada Bar No. 008657
                    300 South Fourth Street, 11th Floor
                    Las Vegas, Nevada 89101
                    Attorneys for Defendant
                    WINNEBAGO INDUSTRIES, INC.


IT IS SO ORDERED.
_____
UNITED STATES MAGISTRATE JUDGE
DATE: OCT. 12, 2011

Page 2 of 3

266201.1